WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-08-1256-01-PHX-MHM |
| Plaintiff, | ) | |
| vs. | ) | |
| Andrew L. Main, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on December 12, 2008.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release by absconding from Recovery Homes, Inc. on November 2, 2008.

///
///
///
///
///
///

1     **THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide
2 by all conditions or combination of conditions of release if Defendant were released.
3     **IT IS ORDERED** that the Defendant shall remain detained pending further order of
4 the court.
5     DATED this 15th day of December, 2008.

*[signature]*

Lawrence O. Anderson
United States Magistrate Judge